IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. APPROXIMATELY $34,485.00 IN UNITED STATES CURRENCY;
2. APPROXIMATELY $1,560.00 IN UNITED STATES CURRENCY;
3. APPROXIMATELY $15,000.00 SEIZED FROM INMATE COLWELL'S KEEFE COMMISSARY ACCOUNT #IN2402061;
4. APPROXIMATELY $5,000.00 IN UNITED STATES CURRENCY;
5. 2013 MASERATI QUATTROPORTE S SEDAN, VIN ZAM39NKA8D0068215;
6. APPROXIMATELY $1,221.64 SEIZED FROM HUNTINGTON NATIONAL BANK ACCOUNT ENDING -3850; AND
7. APPROXIMATELY $26,237.52 SEIZED FROM HUNTINGTON NATIONAL BANK ACCOUNT ENDING -1968;

    Defendants.

_____

**WARRANT FOR ARREST OF PROPERTY *IN REM***
_____

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

    PURSUANT to the *Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant assets described in the *Verified Complaint for Forfeiture In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

    a.    Approximately $34,485.00 in United States currency;

    b.    Approximately $1,560.00 in United States currency;

    c.    Approximately $15,000.00 seized from Inmate Colwell's Keefe Commissary Account #IN2402061;

    d.    Approximately $5,000.00 in United States currency;

    e.    2013 Maserati Quattroporte S Sedan, VIN ZAM39NKA8D0068215;

    f.    Approximately $1,221.64 seized from Huntington National Bank account ending -3850; and

    g.    Approximately $26,237.52 seized from Huntington National Bank account ending -1968.

DATED this ___ day of _____, 2024.

                          JEFFREY P. COLWELL
                          Clerk of the U.S. District Court

                        By: _____
                            Deputy Clerk